ACCEPTED
01-15-00317-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/23/2015 11:44:37 AM
CHRISTOPHER PRINE
CLERK

**Cause No. 01-15-00317-CR**

IN THE COURT OF APPEALS
FOR THE
FIRST JUDICIAL DISTRICT OF TEXAS
AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/23/2015 11:44:37 AM
CHRISTOPHER A. PRINE
Clerk

**ANDREAS MARCOPOULOS,**
**Appellant**

**v.**

**THE STATE OF TEXAS,**
**Appellee.**

Appeal from Cause No. 1440970
In the 248th District of
Harris County, Texas

**APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

**TO THE HONORABLE JUSTICES OF THE FIRST DISTRICT COURT OF APPEALS:**

Appellant, **ANDREAS MARCOPOULOS**, by and through his counsel of record,

**CARMEN ROE**, files this Appellant's Motion for Extension of Time to File Reply

Brief and in support shows this Court the following:

**I.**

Appellant was charged with the felony offense of possession of a controlled

substance in Cause No. 1440970 in the 248th District Court of Harris County Texas.

Appellant filed a pretrial motion to suppress that was denied. Subsequently, Appellant pled guilty and was placed on deferred adjudication probation for three (3) years.

On March 26, 2015, Appellant filed a notice of appeal and the trial court's certification of the right to appeal his pretrial orders.

## II.

Appellant's Brief was filed October 21, 2015 and the State's Brief was filed December 3, 2015. Appellant's Reply Brief is currently due on December 23, 2015.

## III.

Appellant requests an extension of thirty (30) days until January 22, 2016 to file its reply brief. Counsel requests the additional time because the following briefs are due in the courts of appeal: *State v. Derek Johnson, State v. Jordan Nichols, State v. Mashood Uddin,* and *State v. Brian Vanorman.* For these reasons, Counsel has been unable to submit its reply brief on the due date and hereby requests an extension of time.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court extend the time for filing Appellant's Reply Brief in this cause until January 22, 2016.

**RESPECTFULLY SUBMITTED,**

*/s/ Carmen Roe*

**CARMEN ROE**
**CARMEN ROE LAW FIRM**
SBN: 24048773
440 Louisiana, Suite 900
Houston, Texas 77002
713.236.7755 Phone
713.236.7756 Fax
carmen@carmenroe.com
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served to the Harris County District Attorney, Appellate Division, 1201 Franklin Street, Houston, Texas 77002, on December 23, 2015.

*/s/ Carmen Roe*

**CARMEN ROE**